# EXHIBIT A-1

EXHIBIT A-1

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAVID RIGO FERNANDEZ, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>DOUYU INTERNATIONAL HOLDINGS LIMITED, SHAOJIE CHEN, AND MINGMING SU,<br><br>    Defendants. | No. 2:23-cv-03161-EP-SDA |

**NOTICE OF PENDENCY AND PROPOSED SETTLEMENT
OF CLASS ACTION**

If you purchased the publicly-traded American Depositary Shares ("ADSs" or "shares") of DouYu International Holdings Limited ("DouYu" or the "Company") during the period between April 30, 2021 and November 27, 2023, both dates inclusive ("Class Period"), and were damaged thereby, you could get a payment from a class action settlement (the "Settlement").[1]

*A federal court has authorized this Notice.  This is not attorney advertising.*

- If approved by the Court, the Settlement will provide two million and two hundred fifty thousand dollars ($2,250,000) (the "Settlement Fund") gross, plus interest as it accrues, minus attorneys' fees, costs, administrative expenses, and net of any taxes on interest, to pay claims of investors who purchased DouYu ADSs during the Class Period and were damaged thereby.

- The Settlement represents an estimated average recovery of $0.045 per damaged DouYu ADS, per Plaintiffs' estimate of 49.6 million damaged ADSs. This is not an estimate of the actual recovery per share you should expect. Your actual recovery, if any, will depend on the aggregate losses of all Settlement Class Members, the date(s) you purchased and sold DouYu ADSs, the purchase and sales prices, and the total number and amount of claims filed.

- Lead Counsel will ask the Court to award attorneys' fees in an amount not to exceed one-third of the Settlement Fund ($750,000) plus interest, reimbursement of no more than $60,000 in litigation expenses, and reimbursement of the reasonable costs and expenses

---

[1] All capitalized terms not otherwise defined herein shall have the same meanings as set forth in the Stipulation of Settlement, dated July 30, 2024 (the "Stipulation").

incurred by Plaintiffs directly related to their representation of the Settlement Class in an aggregate amount not to exceed $40,000. Collectively, the attorneys' fees and expenses and award to Plaintiffs are estimated not to exceed an average of $0.017 per DouYu ADS damaged during the Class Period. If approved by the Court, these amounts will be paid from the Settlement Fund.

- The average approximate recovery, after deduction of attorneys' fees and expenses approved by the Court, is $0.028 per DouYu ADS damaged during the Class Period. This estimate is based on the assumptions set forth in the preceding paragraphs. This is not an estimate of the actual recovery per share you should expect. Your actual recovery, if any, will depend on the aggregate losses of all Settlement Class Members, the date(s) you purchased and sold DouYu ADSs, the purchase and sales prices, and the total number and amount of claims filed.

- The Settlement resolves the Action concerning whether Defendants issued false and misleading statements to the public about prohibited gambling activity on DouYu's platform, DouYu's content monitoring, operating strategies, competition, growth, and its cooperation with regulators in China, as well as any other allegations set forth in the Complaint. Defendants have denied and continue to deny each, any and all allegations of wrongdoing, fault, liability or damage whatsoever. Defendants have also denied, among other things, the allegations that Plaintiffs or the Settlement Class have suffered damages or that Plaintiffs or the Settlement Class were harmed by the conduct alleged in the Action. Defendants continue to believe the claims asserted against it in the Action are without merit.

- Your legal rights will be affected whether you act or do not act. If you do not act, you may permanently forfeit your right to any recovery. Therefore, you should read this Notice carefully.

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT | |
|---|---|
| **Submit a Claim Form** | Fill out the Proof of Claim and Release Form and submit it no later than _____ _, **2024**. **This is the only way to get a payment.** |

EXHIBIT A-1

| | |
|---|---|
| **Exclude Yourself from the Class** | Submit a request for exclusion no later than _____ _, **2024.** This is the only way you can ever be part of any other lawsuit against the Defendants or other Released Parties relating to the legal claims in this case. **If you exclude yourself, you will receive no payment and cannot object or speak at the hearing**. |
| **Object** | Write to the Court no later than _____ _, **2024,** about why you do not like the Settlement. You can still submit a Proof of Claim and Release Form. If the Court approves the Settlement, you will be bound by it. |
| **Go to the Hearing** | Ask to speak in Court about the fairness of the Settlement at the hearing on _____ __, **2024**. You can still submit a Proof of Claim and Release Form. If the Court approves the Settlement, you will be bound by it. |
| **Do Nothing** | **Get no payment AND give up your right to bring your own individual action relating to the claims asserted in the Action.** |

## INQUIRIES

**Please do not contact the Court regarding this Notice.** All inquiries concerning this Notice, the Proof of Claim and Release Form, or the Settlement should be directed to:

| Claims Administrator | **or** | Lead Counsel |
|---|---|---|
| DouYu International Holdings Limited Securities Litigation c/o Strategic Claims Services P.O. Box 230 600 N. Jackson St., Ste. 205 Media, PA 19063 Tel.: (866) 274-4004 info@strategicclaims.net | | THE ROSEN LAW FIRM, P.A. Phillip Kim, Esq. 275 Madison Ave, 40th Floor New York, NY 10016 Tel: (212) 686-1060 philkim@rosenlegal.com<br><br>GLANCY PRONGAY & MURRAY LLP Casey E. Sadler, Esq. 1925 Century Park East, Suite 2100 Los Angeles, CA 90067 Tel: (888) 773-9224 csadler@glancylaw.com |

3

EXHIBIT A-1

**COMMON QUESTIONS AND ANSWERS CONCERNING THE SETTLEMENT**

1.    **Why did I get this Notice?**

You or someone in your family may have purchased DouYu ADSs during the period between April 30, 2021 and November 27, 2023, both dates inclusive.

2.    **What is this lawsuit about?**

The case is known as *Fernandez v. DouYu International Holdings Limited, et al.*, Case No. 2:23-cv-03161-EP-SDA (the "Action"). The Court in charge of the case is the United States District Court for the District of New Jersey.

The Action involves allegations that Defendants made materially false statements and omissions to the public. Specifically, the Complaint alleges that Defendants issued false and misleading statements to the public about prohibited gambling activity on DouYu's platform, DouYu's content monitoring, operating strategies, competition, growth, and its cooperation with regulators in China. Defendants have denied and continue to deny each, any and all allegations of wrongdoing, fault, liability or damage whatsoever asserted in the Action. The Settlement shall in no event be construed as, or deemed to be evidence of, liability, fault, wrongdoing, injury or damages, or of any wrongful conduct, acts or omissions on the part of any of the Released Parties, or of any infirmity of any defense, or of any damages to Plaintiffs or any other Settlement Class Member.

3.    **Why is this a class action?**

In a class action, one or more persons and/or entities, called plaintiffs, sue on behalf of all persons and/or entities who have similar claims. All of these persons and/or entities are referred to collectively as a class, and these individual persons and/or entities are known as class members. One court resolves all of the issues for all class members, except for those class members who exclude themselves from the class.

4.    **Why is there a Settlement?**

Plaintiffs and Defendants do not agree regarding the merits of Plaintiffs' allegations or the average amount of damages per share, if any, that would be recoverable if Plaintiffs were to prevail at trial on each claim. The issues on which Plaintiffs and Defendants disagree include: (i) whether Defendants made any allegedly misleading statements or omissions; (ii) whether Defendants acted knowingly or were grossly reckless in making the alleged misrepresentations; (iii) whether the alleged disclosures corrected the alleged misrepresentations; (iv) whether the alleged misrepresentations caused any loss in the value of DouYu ADSs; and (v) the amount of alleged damages, if any, that could be recovered at trial.

This matter has not gone to trial and the Court has not decided in favor of either Plaintiffs or Defendants. Instead, Plaintiffs and Defendants have agreed to settle the case. Plaintiffs and Lead Counsel believe the Settlement is best for all Settlement Class Members because of the risks associated with continued litigation and the nature of the defenses raised by Defendants. Even if Plaintiffs were to win at trial, and also prevail on any appeal, Plaintiffs

4

might not be able to collect some or any of the judgment they are awarded.

**5.    How do I know if I am part of the Settlement?**

The Settlement Class consists of all persons and entities who or which purchased publicly traded DouYu ADSs between April 30, 2021 and November 27, 2023, both dates inclusive, and were damaged thereby, subject to the exclusions in Question 6 below.

**6.    Are there exceptions to being included?**

Yes. Excluded from the Settlement Class are: (i) Defendants; (ii) the officers, directors, and affiliates of DouYu at all relevant times; (iii) any entity in which Defendants have or had a majority ownership interest; (iv) immediate family members of any excluded Person; (v) the legal representatives, heirs, successors, assigns or assignees of any excluded Person or entity; and (vi) any Person who purchased DouYu ADSs in private transactions and/or on private exchanges. Also excluded from the Settlement Class are those Persons who submit valid and timely a request for exclusion as described below in the response to Question 11.

**7.    I am still not sure whether I am included.**

If you are still not sure whether you are included in the Settlement Class, you can ask for free help. For more information, you can contact the Claims Administrator, Strategic Claims Services, by phone at (866) 274-4004, by email at info@strategicclaims.net, or by facsimile at (610) 565-7985; visit the website www.strategicclaims.net/DouYu/; or fill out and return the Proof of Claim and Release Form described in Question 9, to see if you qualify.

**8.    What does the Settlement provide?**

**a.    What is the Settlement Fund?**

The proposed Settlement provides for DouYu to pay, or cause to be paid, two million and two hundred fifty thousand dollars ($2,250,000) into a settlement fund (the "Settlement Fund"). The Settlement is subject to Court approval. Also, subject to the Court's approval, a portion of the Settlement Fund will be used to pay attorneys' fees with interest and reasonable litigation expenses to Lead Counsel, and any award to Plaintiffs. A portion of the Settlement Fund also will be used to pay taxes due on interest earned by the Settlement Fund, if necessary, and the costs of claims administration, including the costs of printing and mailing and/or emailing notices and the costs of publishing notice. After the foregoing deductions from the Settlement Fund have been made, the amount remaining (the "Net Settlement Fund") will be distributed to Settlement Class Members who submit timely, valid claims, according to the Plan of Allocation to be approved by the Court.

**b.    What can you expect to receive under the proposed Settlement?**

Your share of the Net Settlement Fund will or may depend on: (i) the number of claims filed by all Settlement Class Members; (ii) the dates you purchased and sold DouYu ADSs; (iii) the prices of your purchases and sales; (iv) the amount of administrative costs,

5

including the costs of notice; and (v) the amount awarded by the Court to Lead Counsel for attorneys' fees, costs, and expenses and award to Plaintiffs.

The Net Settlement Fund will be distributed to Settlement Class Members who submit a Proof of Claim and Release Form and whose claims for recovery are allowed by the Claims Administrator pursuant to the terms of the Stipulation or by order of the Court under the below Plan of Allocation ("Authorized Claimants"), which reflects Plaintiffs' contention that because of the alleged misrepresentations made by Defendants, the price of DouYu ADSs was artificially inflated during the Class Period, and that certain subsequent disclosures caused reductions in the inflated price of DouYu ADSs. Defendants have denied and continue to deny these allegations and any and all allegations of wrongdoing, fault, liability or damage whatsoever asserted in the Action.

## PROPOSED PLAN OF ALLOCATION

The Plan of Allocation is a matter separate and apart from the proposed Settlement, and any decision by the Court concerning the Plan of Allocation shall not affect the validity or finality of the proposed Settlement.  The Court may approve the Plan of Allocation with or without modifications agreed to among the Parties, or another plan of allocation, without further notice to Settlement Class Members.  Any orders regarding a modification of the Plan of Allocation will be posted to the Claims Administrator's website, www.strategicclaims.net/DouYu/.

The Claims Administrator shall determine each Authorized Claimant's *pro rata* share of the Net Settlement Fund based upon each Authorized Claimant's Recognized Loss. **Please Note**: The Recognized Loss formula, set forth below, is not intended to be an estimate of the amount of what a Settlement Class Member might have been able to recover after a trial, nor is it an estimate of the amount that will be paid to Authorized Claimants pursuant to the Settlement.  The Recognized Loss formula is the basis upon which the Net Settlement Fund will be proportionately allocated to the Authorized Claimants.  To the extent there are sufficient funds in the Net Settlement Fund, each Authorized Claimant will receive an amount equal to the Authorized Claimant's Recognized Loss and subject to the provisions in the preceding paragraph.  If, however, the amount in the Net Settlement Fund is not sufficient to permit payment of the total Recognized Loss of each Authorized Claimant, then each Authorized Claimant shall be paid the percentage of the Net Settlement Fund that each Authorized Claimant's Recognized Loss bears to the total Recognized Losses of all Authorized Claimants and subject to the provisions in the preceding paragraph (*i.e.*, "*pro rata* share"). No distribution will be made on a claim where the potential distribution amount is less than ten dollars ($10.00) in cash.

If any funds remain in the Net Settlement Fund by reason of uncashed checks, or otherwise, after the Claims Administrator has made reasonable and diligent efforts to have Authorized Claimants who are entitled to participate in the distribution of the Net Settlement Fund cash their distribution checks, then any balance remaining in the Net Settlement Fund six (6) months after the initial distribution of such funds shall be used: (i) first, to pay any amounts mistakenly omitted from the initial distribution to Authorized Claimants; (ii) second, to pay any additional Notice and Administration Costs incurred in administering the Settlement; and (iii) finally, to make a second distribution to Authorized Claimants who cashed their checks from the initial distribution and who would receive at least $10.00 from such second distribution, after payment of the estimated costs

or fees to be incurred in administering the Net Settlement Fund and in making this second distribution, if such second distribution is economically feasible. If six (6) months after such second distribution, if undertaken, or if such second distribution is not undertaken, any funds shall remain in the Net Settlement Fund after the Claims Administrator has made reasonable and diligent efforts to have Authorized Claimants who are entitled to participate in this Settlement cash their checks, any funds remaining in the Net Settlement Fund shall be donated to a non-profit charitable organization(s) selected by Lead Counsel.

## THE BASIS FOR CALCULATING YOUR RECOGNIZED LOSS:

Each Authorized Claimant shall be allocated a *pro rata* share of the Net Settlement Fund based on his, her or its Recognized Loss as compared to the total Recognized Losses of all Authorized Claimants.

Recognized Loss for DouYu ADSs purchased during the Settlement Class Period shall be calculated as follows:

A. For ADSs purchased and sold during the Settlement Class Period, the Recognized Loss per ADS shall be the *lesser* of: (1) the inflation per ADS upon purchase (as set forth in Inflation Table A below) less the inflation per ADS upon sale (as set forth in Inflation Table A below); or (2) the purchase price per ADS minus the sales price per ADS.

B. For ADSs purchased during the Settlement Class Period and sold during the period November 28, 2023 through February 23, 2024, inclusive, the Recognized Loss shall be the *lesser* of: (1) the inflation per ADS upon purchase (as set forth in Inflation Table A below); or (2) the difference between the purchase price per ADS and the average closing ADS price as of date of sale provided in Table B below.

C. For ADSs purchased during the Settlement Class Period and retained as of the close of trading on February 23, 2024, the Recognized Loss shall be the *lesser* of: (1) the inflation per ADS upon purchase (as set forth in Inflation Table A below); or (2) the purchase price per ADS minus $.79 per ADS.[2]

---

[2] Pursuant to Section 21(D)(e)(1) of the Private Securities Litigation Reform Act of 1995, "in any private action arising under this title in which the plaintiff seeks to establish damages by reference to the market price of a security, the award of damages to the plaintiff shall not exceed the difference between the purchase or sale price paid or received, as appropriate, by the plaintiff for the subject security and mean trading price of that security during the 90-day period beginning on the date on which the information correcting the misstatement or omission that is the basis for the action is disseminated." $.79 per ADS was the mean (average) daily closing trading price of the Company's ADS during the 90-day period beginning on November 28, 2023 through and including February 23, 2024.

EXHIBIT A-1

| INFLATION TABLE A | |
| --- | --- |
| ADS Purchased During the Settlement Class Period | |
| **Period** | **Inflation** |
| April 30, 2021 to May 9, 2023, inclusive | $0.35 per ADS |
| May 10, 2023 to November 5, 2023, inclusive | $0.25 per ADS |
| November 6, 2023 to November 20, 2023, inclusive | $0.16 per ADS |
| November 21, 2023 to November 26, 2023, inclusive | $0.11  per ADS |
| November 27, 2023 | $0.04  per ADS |
| November 28, 2023 and thereafter | $0.00 per ADS |

Table B

| Date | Closing Price | Average Closing Price | Date | Closing Price | Average Closing Price |
| --- | --- | --- | --- | --- | --- |
| 11/28/2023 | $0.78 | $0.78 | 1/11/2024 | $0.89 | $0.80 |
| 11/29/2023 | $0.78 | $0.78 | 1/12/2024 | $0.87 | $0.80 |
| 11/30/2023 | $0.70 | $0.75 | 1/16/2024 | $0.81 | $0.80 |
| 12/1/2023 | $0.72 | $0.74 | 1/17/2024 | $0.80 | $0.80 |
| 12/4/2023 | $0.73 | $0.74 | 1/18/2024 | $0.82 | $0.80 |
| 12/5/2023 | $0.71 | $0.74 | 1/19/2024 | $0.80 | $0.80 |
| 12/6/2023 | $0.72 | $0.73 | 1/22/2024 | $0.76 | $0.80 |
| 12/7/2023 | $0.74 | $0.73 | 1/23/2024 | $0.82 | $0.80 |
| 12/8/2023 | $0.80 | $0.74 | 1/24/2024 | $0.88 | $0.80 |
| 12/11/2023 | $0.76 | $0.74 | 1/25/2024 | $0.89 | $0.80 |
| 12/12/2023 | $0.76 | $0.74 | 1/26/2024 | $0.85 | $0.81 |
| 12/13/2023 | $0.76 | $0.75 | 1/29/2024 | $0.81 | $0.81 |
| 12/14/2023 | $0.78 | $0.75 | 1/30/2024 | $0.78 | $0.80 |
| 12/15/2023 | $0.78 | $0.75 | 1/31/2024 | $0.77 | $0.80 |
| 12/18/2023 | $0.78 | $0.75 | 2/1/2024 | $0.77 | $0.80 |
| 12/19/2023 | $0.77 | $0.75 | 2/2/2024 | $0.75 | $0.80 |
| 12/20/2023 | $0.73 | $0.75 | 2/5/2024 | $0.73 | $0.80 |
| 12/21/2023 | $0.74 | $0.75 | 2/6/2024 | $0.76 | $0.80 |
| 12/22/2023 | $0.74 | $0.75 | 2/7/2024 | $0.74 | $0.80 |
| 12/26/2023 | $0.74 | $0.75 | 2/8/2024 | $0.72 | $0.80 |
| 12/27/2023 | $0.73 | $0.75 | 2/9/2024 | $0.72 | $0.80 |
| 12/28/2023 | $0.89 | $0.76 | 2/12/2024 | $0.75 | $0.79 |
| 12/29/2023 | $0.95 | $0.76 | 2/13/2024 | $0.72 | $0.79 |
| 1/2/2024 | $0.92 | $0.77 | 2/14/2024 | $0.75 | $0.79 |
| 1/3/2024 | $0.92 | $0.78 | 2/15/2024 | $0.80 | $0.79 |
| 1/4/2024 | $0.90 | $0.78 | 2/16/2024 | $0.80 | $0.79 |
| 1/5/2024 | $0.92 | $0.79 | 2/20/2024 | $0.73 | $0.79 |
| 1/8/2024 | $0.91 | $0.79 | 2/21/2024 | $0.74 | $0.79 |
| 1/9/2024 | $0.87 | $0.79 | 2/22/2024 | $0.76 | $0.79 |
| 1/10/2024 | $0.84 | $0.80 | 2/23/2024 | $0.76 | $0.79 |

8

EXHIBIT A-1

For purposes of calculating your Recognized Loss, the date of purchase or sale is the "contract" or "trade" date and not the "settlement" or "payment" date. The receipt or grant by gift, inheritance, or operation of law of the Company ADSs shall not be deemed a purchase, acquisition or sale of ADSs for the calculation of an Authorized Claimant's Recognized Loss. The covering purchase of a short sale is not an eligible purchase.

For the purpose of calculating your Recognized Loss, all purchases and sales shall be matched on a First In First Out ("FIFO") basis in chronological order. Therefore, on the Proof of Claim enclosed with this Notice, you must provide all your purchases and sales of the Company ADSs during the period April 30, 2021, through and including February 23, 2024. DouYu ADS purchased and sold during the Settlement Class Period must have been sold at a loss and after an alleged corrective disclosure to qualify as a Recognized Loss. Trading gains, if any, will have a Recognized Loss of $0.

Payment pursuant to the Plan of Allocation approved by the Court shall be conclusive against all Authorized Claimants. No person shall have any claim against Defendants, Defendants' Counsel, Lead Plaintiffs, Lead Counsel or the Settlement Administrator or other agent designated by Lead Counsel based on the distributions made substantially in accordance with the Stipulation and the Settlement contained therein, the Plan of Allocation, or further orders of the Court. Each claimant shall be deemed to have submitted to the jurisdiction of the Court with respect to the claimant's Claim Form. All persons involved in the review, verification, calculation, tabulation, or any other aspect of the processing of the claims submitted in connection with the Settlement, or otherwise involved in the administration or taxation of the Settlement Fund or the Net Cash Settlement Amount shall be released and discharged from any and all claims arising out of such involvement, and all Settlement Class Members, whether or not they are to receive payment from the Net Cash Settlement Amount, will be barred from making any further claim against the Net Settlement Fund beyond the amount allocated to them as provided in any distribution orders entered by the Court.

**9.    How can I get a payment?**

To qualify for a payment, you must submit a form entitled "Proof of Claim and Release Form." The Proof of Claim and Release Form will be mailed to you upon request to the Claims Administrator, or you may obtain a copy at www.strategicclaims.net/DouYu/. Read the instructions carefully, fill out the form, and sign it in the location indicated. The Proof of Claim and Release Form, along with supporting documentation, may be submitted: (i) electronically at www.strategicclaims.net/DouYu/ **by 11:59 p.m. EST on _____ __, 2024**; or (ii) by mail, **postmarked no later than _____ __, 2024**, to:

DouYu International Holdings Limited Securities Litigation
c/o Strategic Claims Services
P.O. Box 230
600 N. Jackson St., Ste. 205
Media, PA 19063
Fax: (610) 565-7985
info@strategicclaims.net

9

The Claims Administrator will process your claim and determine whether you are an Authorized Claimant. Please contact the Claims Administrator if you disagree with any determinations made by the Claims Administrator regarding your Proof of Claim and Release Form. If you are unsatisfied with the determinations, you may ask the Court, which retains jurisdiction over all Settlement Class Members and the claims-administration process, to decide the issue by submitting a written request.

10.    **What am I giving up by receiving a payment and staying in the Class?**

**Unless you exclude yourself from the Settlement Class by the _____ \_\_\_, 2024 deadline,** you will remain a member of the Settlement Class, receive your share of the Net Settlement Fund if you are an Authorized Claimant and submitted a valid Proof of Claim and Release Form, and will be bound by the release of claims against the Defendants and other Released Parties if the Settlement is approved. That means you and all other Settlement Class Members, on behalf of yourselves and on behalf of any other Person legally entitled to bring Settlement Class Claims on behalf of the respective Settlement Class Member in such capacity only, will be agreeing never to sue, continue to sue, or be part of any other lawsuit against DouYu and other Released Defendant Parties with respect to any and all Settlement Class Claims.[3] It also means that: (a) all of the Court's orders will apply to you and legally bind you; and (b) you will accept a share of the Net Settlement Fund as sole compensation for any losses you suffered in the purchase, acquisition, sale, disposition, or ownership of DouYu ADSs during the Class Period.

**PLEASE NOTE: the above description of the release is only a summary.** The specific terms of the release are included in the Stipulation, which may be obtained at www.strategicclaims.net/DouYu/ or by contacting the Claims Administrator, Strategic Claims Services, by phone at (866) 274-4004, by email at info@strategicclaims.net, or by facsimile at (610) 565-7985.

---

[3] "Settlement Class Claims" means any and all claims (including Unknown Claims as defined in the Stipulation), and causes of action of every nature and description whatsoever, in law or equity, whether accrued or un-accrued, fixed or contingent, liquidated or unliquidated, known or unknown, contingent or absolute, mature or un-matured, discoverable or undiscoverable, concealed or hidden, suspected or unsuspected, disclosed or undisclosed, whether arising under federal, state, local, or foreign law, whether based on common law, statute, law, rule, or regulation, and whether class and/or individual in nature, that Plaintiffs or any other Settlement Class Member: (a) asserted in the Complaint; or (b) could have asserted or in the future could or might have asserted in this litigation or any other action, court, tribunal, proceeding, or forum, that arise out of, are based upon, or relate to the allegations, transactions, acts, facts, matters, occurrences, disclosures, statements, representations, omissions, or events involved, set forth, or referred to in the Complaint and that relate to the purchase, sale, acquisition, disposition, or holding of DouYu ADSs during the Class Period. Settlement Class Claims do not include: (a) any claims relating to the enforcement of the Settlement; and (b) any claims of any Person who or which submits a request for exclusion that is accepted by the Court.

10

**11.    How do I get out of the Settlement?**

If you do not want to receive a payment from this Settlement, and you want to keep any right you may have to sue or continue to sue Defendants or the other Released Parties on your own, at your own expense, about the claims being released in this Settlement, then you must take steps to exclude yourself from the Settlement. To exclude yourself from the Settlement, you must mail a letter that (i) clearly indicates your name, address, phone number and e-mail contact information (if any) and states that you "request to be excluded from the Settlement Class in *Fernandez v. DouYu International Holdings Limited, et al.,* Case No. 2:23-cv-03161-EP-SDA (D.N.J.)"; and (ii) states the number of DouYu ADS purchased/acquired and/or sold during the Class Period (*i.e.*, between April 30, 2021 and November 27, 2023, inclusive), as well as the dates and prices of each such purchase/acquisition and sale. In order to be valid, such request for exclusion must be submitted with documentary proof: (i) of each purchase and, if applicable, sale transaction of DouYu ADSs during the Class Period; and (ii) confirming your status as a beneficial owner of the DouYu ADSs. Any such request for exclusion must be signed and submitted by you, as the beneficial owner, under penalty of perjury. You must mail your exclusion request, to be **received no later than _____ __, 202__**, to the Claims Administrator at the following address:

DouYu International Holdings Limited Securities Litigation
c/o Strategic Claims Services
P.O. Box 230
600 N. Jackson St., Ste. 205
Media, PA 19063

**You cannot exclude yourself by telephone or by e-mail.**

If you properly exclude yourself, you will *not* receive a payment from the Net Settlement Fund, you cannot object to the Settlement, and you will not be legally bound by the judgment in this case.

**12.    If I do not exclude myself, can I sue DouYu or the other Released Parties for the same thing later?**

No. Unless you followed the procedure outlined in this Notice to exclude yourself, you give up any right to sue DouYu or the Released Defendant Parties for the claims being released in this Settlement. If you have a pending lawsuit related to any of the Settlement Class Claims, speak to your lawyer in that case immediately, since you must exclude yourself from this Settlement Class to continue your own lawsuit.

**13.    Do I have a lawyer in this case?**

The Court appointed The Rosen Law Firm, P.A. and Glancy Prongay & Murray LLP as Lead Counsel to represent you and the other Settlement Class Members. If you want to be represented by your own lawyer, you may hire one at your own expense. Contact

11

information for The Rosen Law Firm, P.A. and Glancy Prongay & Murray LLP is provided below.

**14.    How will the lawyers be paid?**

Lead Counsel have expended considerable time litigating this Action on a contingent fee basis and have paid for the expenses of the case themselves. They have not been paid attorneys' fees or reimbursed for their expenses in advance of this Settlement. Lead Counsel have done so with the expectation that, if they are successful in recovering money for the Settlement Class, they will receive attorneys' fees and be reimbursed for their litigation expenses from the Settlement Fund, as is customary in this type of litigation. Lead Counsel will not receive attorneys' fees or be reimbursed for their litigation expenses except from the Settlement Fund. Therefore, Lead Counsel will apply to the Court for an award of attorneys' fees in an amount not to exceed one-third ($750,000) of the Settlement Fund plus interest, reimbursement of litigation expenses of no more than $60,000, and reimbursement of the reasonable costs and expenses incurred by Plaintiffs directly related to their representation of the Settlement Class in an aggregate amount not to exceed $40,000. The Court may award less than these amounts. Any amounts awarded by the Court will come out of the Settlement Fund.

**15.    How do I tell the Court that I do not like the Settlement?**

You can tell the Court you do not agree with the Settlement, any part of the Settlement, the Plan of Allocation, and/or Lead Counsel's motion for attorneys' fees and expenses and application for an award to Plaintiffs, by mailing a letter stating that you object to the Settlement in the matter of *Fernandez v. DouYu International Holdings Limited, et al.,* Case No. 2:23-cv-03161-EP-SDA (D.N.J.). Be sure to include: (i) your name, address, and telephone number; (ii) documents sufficient to prove membership in the Settlement Class, including the number of DouYu ADSs that you purchased/acquired and/or sold during the Class Period, as well as the dates and prices of each such purchase/acquisition and sale; (iii) all grounds for the objection, including any legal support known to you or your counsel; (iv) the name, address and telephone number of all counsel, if any, who represent you, including your former or current counsel; and (v) the number of times you and/or your counsel has filed an objection to a class action settlement in the last five years, the nature of each such objection in each case, the jurisdiction of each case, and the name of the issuer of the security or seller of the product or service at issue in each case. Attendance at the Settlement Fairness Hearing is not necessary. Objectors wishing to be heard orally at the Settlement Fairness Hearing are required to: (i) indicate in their written objection (or in a separate writing that is submitted and served on the Parties at least ten (10) calendar days prior to the Settlement Fairness Hearing) if they intend to appear at the Settlement Fairness Hearing; and (ii) identify any witnesses they may call to testify or exhibits they intend to introduce into evidence at the Settlement Fairness Hearing. Be sure to serve copies of any objections, papers and briefs to **each** of the addresses listed below, to be **received no later than _____ __, 2024**:

12

EXHIBIT A-1

| Clerk of the Court United States District Court District of New Jersey Martin Luther King Building & U.S. Courthouse 50 Walnut Street Newark, NJ 07101 | Phillip Kim The Rosen Law Firm, P.A. 275 Madison Avenue 40th Floor New York, NY 10016<br><br>-and-<br><br>Casey E. Sadler Glancy Prongay & Murray LLP 1925 Century Park East Suite 2100 Los Angeles, CA 90067<br><br>***Lead Counsel*** | Edmund Polubinski III Davis Polk & Wardwell LLP 450 Lexington Avenue New York, NY 10017<br><br>***Counsel for Defendants*** |
|---|---|---|

**16.    What is the difference between objecting and requesting exclusion?**

Objecting is simply telling the Court you do not like something about the Settlement or some portion thereof. You can object only if you stay in the Settlement Class. Requesting exclusion is telling the Court you do not want to be part of the Settlement Class and Settlement. If you exclude yourself, you cannot object to the Settlement because it no longer concerns you. If you stay in the Settlement Class and object, but your objection is overruled, you will not be allowed a second opportunity to exclude yourself.

**17.    When and where will the Court decide whether to approve the Settlement?**

The Court will hold a Settlement Fairness Hearing on **_____ __, 202__, at __:__ _.m.**, at the United States District Court for the District of New Jersey, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Courtroom 4C, Newark, New Jersey 07101. The Settlement Fairness Hearing may be rescheduled by the Court without further written notice to the Settlement Class.  If you intend to attend the Settlement Fairness Hearing, you should confirm the date and time with Lead Counsel and check the settlement website for any changes.  In the event the Court reschedules the Settlement Fairness Hearing, Lead Counsel will direct the Claims Administrator to update its website, on the page dedicated to this Settlement, to reflect any changes to the date and time of the Settlement Fairness Hearing.

**18.    Do I have to come to the hearing?**

No. Lead Counsel will answer any questions the Court may have. However, you are welcome to attend at your own expense. If you send an objection, you do not have to come to Court to talk about it. As long as you mail your written objection on time, the Court will consider it.

13

EXHIBIT A-1

**19.    What happens if I do nothing at all?**

If you do nothing, you will not receive a payment from the Settlement. However, unless you exclude yourself, you will not be able to start a lawsuit, continue with a lawsuit, or be part of any other lawsuit against Defendants or the Released Defendant Parties about the Settlement Class Claims (as defined in the Stipulation) ever again.

## SPECIAL NOTICE TO BROKERS AND OTHER NOMINEES

If, during the Class Period, you purchased or sold publicly traded DouYu ADSs for the beneficial interest of a person or organization other than yourself, the Court has directed that, WITHIN TEN (10) CALENDAR DAYS OF YOUR RECEIPT OF NOTICE, you either (i) provide to the Claims Administrator the name, email address, and last known address of each person or organization for whom or which you purchased DouYu ADSs during such time period; (ii) request from the Claims Administrator a link to the electronic Long Notice and Proof of Claim Form and email the link to all such beneficial owners for whom valid email addresses are available within ten (10) calendar days of receipt of the link from the Claims Administrator; or (iii) request additional copies of the Postcard Notice from the Claims Administrator, which will be provided to you free of charge, and within ten (10) calendar days of receipt, mail the Postcard Notice directly to the beneficial owners of the DouYu ADSs. If you choose to follow alternative procedures (ii) or (iii), the Court has directed that, upon such mailing or emailing, you send a statement to the Claims Administrator confirming that the mailing or emailing was made as directed. You are entitled to reimbursement from the Settlement Fund of your reasonable out-of-pocket expenses actually incurred in connection with the foregoing, up to $0.02 per name, address and email address provided to the Claims Administrator; up to a maximum of $0.02 per Postcard Notice mailed by you, plus postage at the pre-sort rate used by the Claims Administrator; or $0.02 per notice sent by email. Those expenses will be paid upon request and submission of appropriate supporting documentation. All communications regarding the foregoing should be addressed to the Claims Administrator at the address listed on page 3 above. **YOU ARE NOT AUTHORIZED TO PRINT THE POSTCARD NOTICE YOURSELF. POSTCARD NOTICES MAY ONLY BE PRINTED BY THE COURT-APPOINTED CLAIMS ADMINISTRATOR**.

DATED: _____ , 2024          BY ORDER OF THE UNITED STATES
                                         DISTRICT COURT FOR THE DISTRICT
                                         OF NEW JERSEY

14