# EXHIBIT A-3

EXHIBIT A-3

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| DAVID RIGO FERNANDEZ, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>DOUYU INTERNATIONAL HOLDINGS LIMITED, SHAOJIE CHEN, AND MINGMING SU,<br><br>    Defendants. | No. 2:23-cv-03161-EP-SDA |

### SUMMARY NOTICE OF PENDENCY AND PROPOSED CLASS ACTION SETTLEMENT

**TO:    ALL PERSONS WHO PURCHASED THE PUBLICLY-TRADED AMERICAN DEPOSITARY SHARES ("ADS") OF DOUYU INTERNATIONAL HOLDINGS LIMITED ("DOUYU") BETWEEN APRIL 30, 2021 AND NOVEMBER 27, 2023, INCLUSIVE, AND WERE DAMAGED THEREBY (THE "SETTLEMENT CLASS"):[1]**

**PLEASE READ THIS NOTICE CAREFULLY, AS YOUR RIGHTS WILL BE AFFECTED BY A CLASS ACTION LAWSUIT PENDING IN THIS COURT.**

YOU ARE HEREBY NOTIFIED, pursuant to Rule 23 of the Federal Rules of Civil Procedure and an Order of the United States District Court for the District of New Jersey, that the above-captioned litigation (the "Action") has been certified as a class action on behalf of the Settlement Class, except for certain persons and entities who are excluded from the Settlement Class by definition as set forth in the full Notice of Pendency and Proposed Settlement of Class Action (the "Notice").

YOU ARE ALSO NOTIFIED that the Plaintiffs in the Action have reached a proposed settlement of the Action for $2,250,000 in cash (the "Settlement"), that, if approved, will resolve all claims in the Action.

---

[1] All capitalized terms used in this Summary Notice that are not otherwise defined herein have the meanings ascribed to them in the Stipulation of Settlement dated July 30, 2024 (the "Stipulation"), which is available at www.strategicclaims.net/DouYu/.

A hearing will be held on _____, 2024 at __:__ _.m., before the Honorable Evelyn Padin at the United States District Court for the District of New Jersey, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Courtroom 4C, Newark, New Jersey 07101, to determine whether: (i) the proposed Settlement should be approved as fair, reasonable, and adequate; (ii) the Action should be dismissed with prejudice against Defendants, and the Releases specified and described in the Stipulation should be granted; (iii) the proposed Plan of Allocation should be approved as fair and reasonable; and (iv) Lead Counsel's application for an award of attorneys' fees, reimbursement of litigation expenses and PSLRA awards to Plaintiffs should be approved.

**If you are a member of the Settlement Class, your rights will be affected by the pending Action and the Settlement, and you may be entitled to share in the Settlement Fund**. The Notice and Proof of Claim and Release Form ("Claim Form") can be downloaded from the website maintained by the Claims Administrator, www.strategicclaims.net/DouYu/. You may also obtain copies of the Notice and Claim Form by contacting the Claims Administrator at *DouYu International Holdings Limited Securities Litigation*, c/o Strategic Claims Services, P.O. Box 230, 600 N. Jackson Street, Suite 205, Media, PA 19063; toll-free: 1-866-274-4004; info@strategicclaims.net.

If you are a member of the Settlement Class, in order to be eligible to receive a payment under the proposed Settlement, you must submit a Claim Form so that it is *postmarked* or received by the Claims Administrator no later than _____, 2024. If you are a Settlement Class Member and do not submit a proper Claim Form, you will not be eligible to share in the distribution of the net proceeds of the Settlement but you will nevertheless be bound by any judgments or orders entered by the Court in the Action.

If you are a member of the Settlement Class and wish to exclude yourself from the Settlement Class, you must submit a request for exclusion such that it is *received* no later than _____, 2024, in accordance with the instructions set forth in the Notice. If you properly exclude yourself from the Settlement Class, you will not be bound by any judgments or orders entered by the Court in the Action and you will not be eligible to share in the proceeds of the Settlement.

Any objections to the proposed Settlement, the proposed Plan of Allocation, or Lead Counsel's motion for attorneys' fees and reimbursement of expenses must be filed with the Court and delivered to Lead Counsel and Defendants' Counsel such that they are *received* no later than _____, 2024, in accordance with the instructions set forth in the Notice.

**Please do not contact the Court, the Clerk's office, Defendants, or their counsel regarding this notice. All questions about this notice, the proposed Settlement, or your eligibility to participate in the Settlement should be directed to Lead Counsel or the Claims Administrator.**

Inquiries, other than requests for the Notice and Claim Form, should be made to Lead Counsel:

EXHIBIT A-3

| The Rosen Law Firm, P.A.<br>Phillip Kim<br>275 Madison Avenue<br>40th Floor<br>New York, NY 10016<br>Tel: (212) 686-1060 | or | Glancy Prongay & Murray LLP<br>Casey E. Sadler<br>1925 Century Park East<br>Suite 2100<br>Los Angeles, CA 90067<br>Tel: (888) 773-9224 |
|---|---|---|

Requests for the Notice and Claim Form should be made to:

*DouYu International Holdings Limited Securities Litigation*
c/o Strategic Claims Services
P.O. Box 230
600 N. Jackson Street, Suite 205
Media, PA 19063
Toll-free: 866-274-4004
www.strategicclaims.net/DouYu/

By Order of the Court

3