# EXHIBIT A-4

**Court-Ordered Legal Notice
Forwarding Service Requested**

*A federal court authorized this notice. This is not a solicitation from a lawyer.*

*You may be entitled to a cash payment.*
*This notice may affect your legal rights.*

*Please read it carefully.*

Douyu International Holdings Limited
Securities Litigation
c/o Strategic Claims Services
P.O. Box 230
600 N. Jackson St.
Suite 205
Media, PA 19063

Case No. 2:23-cv-03161-EP-SDA
Pending in the United States District Court
for the District of New Jersey

[NAME 1]
[NAME 2]
[NAME 3]
[ADDRESS 1]
[ADDRESS 2]

PRESORTED
FIRST-CLASS
MAIL U.S.
POSTAGE PAID

*In re Douyu International Holdings Limited Securities Litigation, et al.*, Case No. 2:23-cv-03161-EP-SDA (D.N.J.)

*THIS CARD PROVIDES ONLY LIMITED INFORMATION ABOUT THE SETTLEMENT.*
*PLEASE VISIT <u>WWW.STRATEGICCLAIMS.NET/DOUYU/</u> OR CALL 1-866-274-4004 FOR MORE INFORMATION.*

The United States District Court for the District of New Jersey (the "Court") has preliminarily approved a proposed Settlement of all claims against DouYu International Holdings Limited ("DouYu") and certain of DouYu's officers in the above-referenced action. The proposed Settlement would resolve a class action lawsuit alleging that, in violation of the federal securities laws, Defendants issued materially false and misleading statements to the public about prohibited gambling activity on DouYu's platform, DouYu's content monitoring, operating strategies, competition, growth, and its cooperation with regulators in China, causing damage to Settlement Class Members. Defendants deny any wrongdoing.

You received this notice because you may have purchased DouYu's publicly-traded American Depositary Shares ("ADSs") between April 30, 2021 and November 27, 2023, both dates inclusive. The Settlement dismisses and releases all claims against Defendants and creates a fund consisting of \$2,250,000, plus interest earned thereon and less attorneys' fees and other expenses, which will be divided among Settlement Class Members who timely submit valid Proof of Claim and Release Forms ("Proofs of Claim"). For a full description of the Settlement and your rights and to make a claim, please view the Stipulation of Settlement and obtain a copy of the Notice of Pendency and Proposed Settlement of Class Action ("Notice") and Proof of Claim by visiting the website: www.strategicclaims.net/DouYu. You may also request copies of the Notice and Proof of Claim from the Claims Administrator by: (1) mail: DouYu International Holdings Limited Securities Litigation, c/o Strategic Claims Services, P.O. Box 230, 600 N. Jackson St, Ste. 205, Media, PA 19063; (2) toll-free phone: (866) 274-4004; or (3) email: info@strategicclaims.net.

To qualify for payment, you must submit a Proof of Claim, which can be found on the website www.strategicclaims.net/DouYu/. PROOFS OF CLAIM ARE DUE BY _____ __, 2024, and must be *EITHER* mailed to: DouYu International Holdings Limited Securities Litigation, C/O Strategic Claims Services, P.O. Box 230, 600 N. Jackson Street, Ste. 205, Media, PA 19063, *OR* submitted electronically at www.strategicclaims.net/DouYu. If you do not want to be legally bound by the Settlement, you must exclude yourself by _____ __, 2024. If you exclude yourself, you cannot get money from this Settlement. If you stay in the Settlement, you may object to it by _____ __, 2024. The Notice explains how to exclude yourself or object.

The Court will hold a hearing in this case on _____ __, 2024 at __:__ _.m. at the Court, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Courtroom 4C, Newark, New Jersey 07101, to consider whether to approve the Settlement, the Plan of Allocation and a request by Lead Counsel for up to one-third of the Settlement Fund in attorneys' fees, plus up to \$60,000 in expenses, and reimbursement of costs and expenses to Plaintiffs of up to \$40,000 for litigating the case and negotiating the Settlement. You may, but do not have to, attend the hearing and ask to be heard by the Court.