# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAVID RIGO FERNANDEZ, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DOUYU INTERNATIONAL HOLDINGS LIMITED, SHAOJIE CHEN, AND MINGMING SU,<br><br>Defendants. | Case No: 2:23-cv-03161-EP-SDA<br><br>*Document Filed Electronically*<br><br>CLASS ACTION<br><br>Motion Day: September 3, 2024<br><br>Hon. Evelyn Padin |

**NOTICE OF LEAD PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND PROVIDING FOR NOTICE**

**PLEASE TAKE NOTICE** that on September 3, 2024, or as soon thereafter as Court-appointed lead plaintiffs Raphael Seiler and Pedro Reyes (collectively, "Lead Plaintiffs") may be heard, Lead Plaintiffs will move this Court, the Honorable Evelyn Padin, United States District Judge of the United States District Court for the District of New Jersey, 50 Walnut Street, Courtroom 4C, Newark, New Jersey 07101, for entry of an Order: (i) certifying the putative Settlement Class for settlement purposes only; (ii) granting preliminary approval of the proposed Settlement; (iii) granting approval of the form and manner of giving notice of the proposed Settlement to the Settlement Class; and (iv) setting a Settlement Fairness Hearing.

This motion is based upon the concurrently filed Memorandum of Law, the Declaration of Laurence M. Rosen, the Stipulation of Settlement and Exhibits thereto, the pleadings and records on file in this action, and other such matters as the Court may consider.

Defendants do not oppose the relief requested by this motion. Accordingly, Lead Plaintiffs request that the Court enter the [Proposed] Order Preliminarily Approving Class Action Settlement and Providing for Notice, attached as Exhibit A to the Stipulation, and submitted herewith for the Court's convenience

Dated: July 31, 2024                                          Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

*/s/ Laurence M. Rosen*
Laurence M. Rosen
Jing Chen
One Gateway Center
Suite 2600
Newark, NJ 07102
Tel: (973) 313-1887
Fax: (973) 833-0399
Email: lrosen@rosenlegal.com
           jchen@rosenlegal.com

1

Phillip Kim (*Pro Hac Vice*)
275 Madison Ave, 40th Floor
New York, NY 10016
Tel: (212) 686-1060
Fax: (212) 202-3827
Email: philkim@rosenlegal.com

**GLANCY PRONGAY & MURRAY LLP**
Casey Sadler (*Pro Hac Vice*)
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Tel: (310) 201-9150
Email: csadler@glancylaw.com

*Co-Lead Counsel for Lead Plaintiffs and the Settlement Class*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on July 31, 2024, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ Laurence M. Rosen*
Laurence M. Rosen

3