

Samuel I. Portnoy
Director

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Direct: (973) 596-4909 Fax: (973) 639-6218
sportnoy@gibbonslaw.com

August 1, 2024

**VIA ECF**

Hon. Evelyn Padin, U.S.D.J.
U.S. District Court for the District of New Jersey
Martin Luther King Bldg. & U.S. Courthouse
Newark, New Jersey 07102

      **Re:**    *Fernandez v. DouYu Int'l Holdings Ltd.*, No. 23-3161 (EP) (SDA)

Dear Judge Padin,

      This firm, along with Davis Polk & Wardwell LLP, represents defendants in the above-referenced matter. By Order dated July 3, 2024, the deadline for defendant DouYu International Holdings Limited to move to dismiss plaintiffs' Second Amended Complaint ("SAC") was extended to August 2, 2024. ECF No. 55. As Your Honor is aware, on July 31, 2024, plaintiffs filed a Stipulation of Settlement that, if approved, will resolve this matter in its entirety, along with a motion for preliminary approval of that Stipulation of Settlement. ECF Nos. 61, 62. Among the relief sought in the motion for preliminary approval is a stay of all proceedings pending final determination of whether the settlement should be approved. ECF No. 62-7 ¶ 31. As a result, and in order to avoid unnecessary expense for the parties and the Court, we write to request a stay of all defendants' deadlines for responding to the SAC until the Court rules on the motion for preliminary approval. Plaintiffs consent to this request. If the foregoing meets with Your Honor's approval, we respectfully request that this letter be So Ordered.

      We thank the Court for its continuing attention to this matter and are available at the Court's convenience to address any questions or concerns.

                    Respectfully submitted,

                    s/ *Samuel I. Portnoy*
                    Samuel I. Portnoy

cc: All Counsel of Record (via ECF)

                         **So Ordered.**

                         /s/Evelyn Padin, U.S.D.J.
                         8/2/24