# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

CHAMBERS OF
**Stacey D. Adams**
UNITED STATES MAGISTRATE JUDGE

FRANK R. LAUTENBERG U.S. POST
OFFICE & COURTHOUSE BUILDING
2 FEDERAL SQUARE
NEWARK, NJ 07102
973-645-6121

**November 13, 2024**

**LETTER ORDER**

RE:    ***Rigo Fernandez, et. al v. Douyo Int'l Holdings Ltd., et. al***
       **Docket No.** **2:23-cv-03161-SDA**

Dear Counsel:

**THIS MATTER** having come before the Court for oral argument on the Motion for Preliminary Approval of a class action settlement (ECF No. 62) and for good cause shown:

**IT IS, on this <u>13th</u> day of <u>November, 2024</u>** hereby **ORDERED** as follows:

1. By **December 6, 2024**, Plaintiff's counsel shall submit the following documents to supplement the unopposed motion for preliminary approval of the class action settlement:

   a. An affidavit from the claims administrator that addresses, among other things, how class members are going to be determined, an estimated number of class members, how class members' contact information will be ascertained for purposes of providing notice, how large institutional shareholders (such as mutual funds) will notify individual class members and what process will be followed to identify class members in the event of a bad email or mailing address.

   b. A certification from Plaintiff's damages expert (to be submitted in camera to SDA_Orders@njcourts.gov).

   c. A certification from Plaintiffs' investigator (to be submitted in camera to SDA_Orders@njcourts.gov).

2. Further, either party is permitted to submit, by **December 6, 2024**, a sampling of cases involving settlements in securities' class actions where the settlement amounts were less than $5,000,000 and the counsel fee awards came out of the overall settlement fund.

**IT IS SO ORDERED.**

*s/ Stacey D. Adams*
**STACEY D. ADAMS, U.S.M.J.**

Orig:   Clerk
cc:      Counsel of Record