# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAVID RIGO FERNANDEZ, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>v.<br><br>DOUYU INTERNATIONAL HOLDINGS LIMITED, SHAOJIE CHEN, AND MINGMING SU,<br><br>                    Defendants. | Case No. 2:23-cv-03161-SDA<br>*Document Filed Electronically*<br><br>CLASS ACTION<br><br>Motion Day: August 18, 2025<br><br>Hon. Stacey D. Adams, U.S.M.J. |

# NOTICE OF LEAD PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION

**PLEASE TAKE NOTICE** that pursuant to the Court's Order Preliminarily Approving Settlement and Providing for Notice (ECF No. 79), on August 18, 2025, at 10:00 a.m., before the Honorable Stacey D. Adams, U.S.M.J., in Courtroom PO 9 at the Frank R. Lautenberg Post Office and U.S. Courthouse, 2 Federal Square Newark, New Jersey 07102, Court-appointed lead plaintiffs Raphael Seiler and Pedro Reyes (collectively, "Lead Plaintiffs")[1] will, and hereby do, apply for entry of an Order: (1) finally certifying the Settlement Class; (2) granting final approval of the Settlement in the above-captioned action on the terms set forth in the Stipulation; and (3) approving the proposed Plan of Allocation for distribution of the Net Settlement Fund.[2]

This motion is based on this Notice of Motion; the concurrently filed Memorandum of Law; the concurrently filed Joint Declaration of Phillip Kim and Casey E. Sadler in Support of: (I) Lead Plaintiffs' Motion for Final Approval of Class Action Settlement and Plan of Allocation; and (II) Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses and all

---

[1] Unless otherwise defined, all capitalized terms used herein have the meanings ascribed to them in the Stipulation of Settlement, dated July 30, 2024 (the "Stipulation," ECF No. 61).

[2] Proposed orders will be submitted with Lead Plaintiffs' reply papers, after the deadlines for objections and seeking exclusion have passed.

exhibits thereto; all pleadings and records on file in this Action; and other such matters as the Court may consider.

Lead Counsel conferred with Defendants' Counsel with respect to this motion. Defendants' Counsel have authorized Lead Counsel to represent that Defendants do not oppose this motion.

Dated: July 14, 2025                              Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

*/s/ Erica L. Stone*
Laurence M. Rosen
Jing Chen
One Gateway Center
Suite 2600
Newark, NJ 07102
Tel: (973) 313-1887
Fax: (973) 833-0399
Email: lrosen@rosenlegal.com
         jchen@rosenlegal.com

Phillip Kim (*Pro Hac Vice*)
Erica L. Stone
275 Madison Ave, 40th Floor
New York, NY 10016
Tel: (212) 686-1060
Fax: (212) 202-3827
Email: philkim@rosenlegal.com
Email: estone@rosenlegal.com

**GLANCY PRONGAY & MURRAY LLP**
Joseph D. Cohen (*Pro Hac Vice*)
Casey E. Sadler (*Pro Hac Vice*)
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Tel: (310) 201-9150

2

Email: jcohen@glancylaw.com
csadler@glancylaw.com

*Co-Lead Counsel for Lead Plaintiffs and the Settlement Class*

3

## CERTIFICATE OF SERVICE

    I hereby certify that on July 14, 2025, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

                                              */s/ Erica L. Stone*
                                              Erica L. Stone