Case 2:23-cv-03161-SDA    Document 82    Filed 07/14/25    Page 1 of 4 PageID: 1919

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| DAVID RIGO FERNANDEZ, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>       v.<br><br>DOUYU INTERNATIONAL HOLDINGS LIMITED, SHAOJIE CHEN, AND MINGMING SU,<br><br>          Defendants. | Case No. 2:23-cv-03161-SDA<br>*Document Filed Electronically*<br><br>CLASS ACTION<br><br>Motion Day: August 18, 2025<br><br>Hon. Stacey D. Adams, U.S.M.J. |

## LEAD COUNSEL'S NOTICE OF MOTION AND MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF <u>LITIGATION EXPENSES</u>

**PLEASE TAKE NOTICE** that pursuant to the Court's Order Preliminarily Approving Settlement and Providing for Notice (ECF No. 79), on August 18, 2025, at 10:00 a.m., before the Honorable Stacey D. Adams, U.S.M.J., in Courtroom PO 9 at the Frank R. Lautenberg Post Office and U.S. Courthouse, 2 Federal Square Newark, New Jersey 07102, Court-appointed lead counsel, The Rosen Law Firm P.A. and Glancy Prongay & Murray LLP (collectively "Lead Counsel")[1] will, and hereby do, apply for entry of an Order awarding attorneys' fees and reimbursement of Litigation Expenses.[2]

This motion is based on this Notice of Motion; the concurrently filed Memorandum of Law; the concurrently filed Joint Declaration of Phillip Kim and Casey E. Sadler in Support of: (I) Lead Plaintiffs' Motion for Final Approval of Class Action Settlement and Plan of Allocation; and (II) Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses and all exhibits thereto; all pleadings and records on file in this Action; and other such matters as the Court may consider.

---

[1] Unless otherwise defined, all capitalized terms used herein have the meanings ascribed to them in the Stipulation of Settlement, dated July 30, 2024 (ECF No. 61).

[2] A proposed order will be submitted with Lead Counsel's reply papers, after the deadline for objections has passed.

1

Lead Counsel conferred with Defendants' Counsel with respect to this motion.

Defendants' Counsel have authorized Lead Counsel to represent that Defendants

take no position with respect to this motion.

Dated: July 14, 2025                    Respectfully submitted,

                                        **THE ROSEN LAW FIRM, P.A.**

                                        */s/ Erica L. Stone*
                                        Laurence M. Rosen
                                        Jing Chen
                                        One Gateway Center
                                        Suite 2600
                                        Newark, NJ 07102
                                        Tel: (973) 313-1887
                                        Fax: (973) 833-0399
                                        Email: lrosen@rosenlegal.com
                                               jchen@rosenlegal.com

                                        Phillip Kim (*Pro Hac Vice*)
                                        Erica L. Stone
                                        275 Madison Ave, 40th Floor
                                        New York, NY 10016
                                        Tel: (212) 686-1060
                                        Fax: (212) 202-3827
                                        Email: philkim@rosenlegal.com
                                        Email: estone@rosenlegal.com

                                        **GLANCY PRONGAY & MURRAY LLP**
                                        Joseph D. Cohen (*Pro Hac Vice*)
                                        Casey E. Sadler (*Pro Hac Vice*)
                                        1925 Century Park East, Suite 2100
                                        Los Angeles, CA 90067
                                        Tel: (310) 201-9150
                                        Email: jcohen@glancylaw.com
                                               csadler@glancylaw.com
                                        *Co-Lead Counsel for Lead Plaintiffs and the*
                                        *Settlement Class*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 14, 2025, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.


*/s/ Erica L. Stone*
Erica L. Stone

3