# EXHIBIT 7

**Select Third Circuit Cases with 33% or Higher Fee Awards**

| Case | Settlement Amount | Fee Award | Expenses |
|---|---|---|---|
| In re Tricor Direct Purchaser Antitrust Litig., No. 05-cv-00340, ECF No. 543 (D. Del. Apr. 23, 2009) | $250,000,000 | 33.33% | $3,590,416 |
| In re Neurontin Antitrust Litig., No. 02-cv-01830, ECF No. 114 (D.N.J. Aug. 6, 2014) | $190,000,000 | 33.33% | $2,213,537 |
| In re Titanium Dioxide Antitrust Litig., No. 1:10-cv-00318, 2013 WL 6577029 at *1 (D. Md. Dec. 13, 2013) | $163,500,000 | 33.33% | $4,569,272 |
| In re Flonase Antitrust Litig., 951 F. Supp. 2d 739, 748-52 (E.D. Pa. 2013) | $150,000,000 | 33.33% | $2,069,433 |
| In re Tycom, Ltd. Sec. Litig., No. 03-cv-03540, ECF No. 150 (D.N.J. Aug. 25, 2010) | $79,000,000 | 33.33% | $2,326,340 |
| Howard v. Arconic, Inc., No. 17-cv-01057, ECF No. 253 (W.D. Pa. Aug. 9, 2023) | $74,000,000 | 33.33% | $835,395 |
| Castro v. Sanofi Pasteur Inc., No. 11-cv-07178, 2017 WL 4776626, at *10 (D.N.J. Oct. 20, 2017) | $61,500,000 | 33.33% | $7,199,310 |
| In re General Instruments Sec. Litig., 209 F. Supp. 2d 423 (E.D. Pa. 2001) | $48,000,000 | 33.33% | $1,851,774 |
| Strougo v. Mallinckrodt Public Ltd. Co, No. 20-cv-10100, 2025 WL 1805498 at *1 (D.N.J. Apr. 25, 2025) | $46,000,000 | 33.33% | $970,949 |
| In re Merck & Co., Inc., Vytorin ERISA Litig., No. 08-cv-00285, 2010 WL 547613, at *13–14 (D.N.J. Feb. 9, 2010) | $41,500,000 | 33.33% | $141,186 |
| Vrakas v. United States Steel Corp., No.17-cv-00579, ECF No. 358 (W.D. Pa. Mar. 21, 2023) | $40,000,000 | 33.33% | $2,711,338 |
| In re Auto. Refinishing Paint Antitrust Litig., 2008 WL 63269, at *1 (E.D. Pa. Jan. 3, 2008) | $39,000,000 | 33.33% | $1,204,721 |
| Bodnar v. Bank of America, N.A., 2016 WL 4582084, at *5 (E.D. Pa. Aug. 4, 2016) | $27,500,000 | 33.00% | $171,973 |
| In re Heckmann Corp. Sec. Litig., No.10-cv-00378, ECF No. 308 (D. Del. June 26, 2014) | $27,000,000 | 33.33% | $1,007,748 |
| In re Eros Int'l PLC Sec. Litig., No. 19-cv-14125-ES-JAS, 2023 WL 8527135 (D.N.J. Nov. 29, 2023) | $25,000,000 | 33.33% | $164,323 |
| Lincoln Adventures, LLC v. Certain Underwriters at Lloyd's London, 2019 WL 13159891 (D.N.J. Oct. 3, 2019 | $21,950,000 | 33.33% | $1,850,000 |
| In re Virgin Mobile USA IPO Litig., No. 07-cv-05619, ECF No. 146 (D.N.J. Dec. 9, 2010) | $19,500,000 | 33.33% | $480,366 |

| Case | Settlement Amount | Fee Award | Expenses |
|---|---|---|---|
| Larson v. Sprint Nextel Corp., No. 07-cv-05325, 2010 WL 234934 (D.N.J. Jan. 15, 2010) | $18,500,000 | 33.00% | $256,116 |
| Heed v. Universal Health Services Inc., No.17-cv-02817, ECF No. 90 (E.D. Pa. Jul. 21, 2021) | $17,500,000 | 33.33% | $178,288 |
| Southeastern Pennsylvania Transp. Authority v. Orrstown Fin. Services, Inc., No. 12-cv-00993, ECF No. 309 (M.D. Pa. May 19, 2023) | $15,000,000 | 35.00% | $717,489 |
| Mylan Pharm., Inc. v. Warner Chilcot Public Ltd. Co., No. 12-cv-03824, 2014 WL 12778314, at *7 (E.D. Pa. Sep. 15, 2014) | $15,000,000 | 33.33% | $1,111,284 |
| In re Horsehead Holding Corp. Sec. Litig., No.16-cv-00292, 2021 WL 2309689, at *3 (D. Del. June 4, 2021) | $14,750,000 | 33.33% | $283,413 |
| Milliron v. T–Mobile USA, Inc., No. 08-cv-04149, 2009 WL 3345762, at *14 (D.N.J. Sep. 10, 2009) | $13,500,000 | 33.33% | $54,531 |
| In re Toronto-Dominion Bank Sec. Litig., No.17-cv-01665, ECF No. 129 (D.N.J. Oct 4, 2019) | $13,250,000 | 33.30% | $226,195 |
| Fernandez v. Knight Capital Grp., Inc., No.12-cv-06760, 2015 WL 13901241, at *3 (D.N.J. Jul. 6, 2015) | $13,000,000 | 33.33% | $231,036 |
| In re Ins. Brokerage Antitrust Litig., 297 F.R.D. 136 at *7 (D.N.J. Aug. 1, 2023) | $10,500,000 | 33.00% | $1,023,189 |
| Ahrendsen v. Prudent Fiduciary Services LLC, No. 21-cv-02157, 2023 WL 4139151 at *8 (E.D. Pa. June 22, 2023) | $8,700,000 | 33.33% | $67,650 |
| Checchia v. Bank of America, N.A., No. 21-cv-03585, 2023 WL 6164406, at *10 (E.D. Pa. Sep. 21, 2023) | $8,000,000 | 33.33% | $8,187 |
| In re Navient Corp. Sec. Litig., No.17-cv-08373, ECF No. 139 (D.N.J. Apr. 14, 2022) | $7,500,000 | 33.33% | $988,509 |
| In re Corel Corp. Sec. Litig., 293 F. Supp. 2d 484 at 495-98 (E.D. Pa. Oct. 28, 2003) | $7,000,000 | 33.33% | $161,825 |
| In re Ravisent Tech., Inc. Sec. Litig., No. 00-cv-01014, 2005 WL 906361, at *10 (E.D. Pa. April 18, 2005) | $7,000,000 | 33.33% | N/A |
| Vitiello v. Bed Bath & Beyond Inc., No. 20-cv-04240, ECF No. 90 (D.N.J. June 3, 2022) | $7,000,000 | 33.30% | $58,509 |
| Stevens v. SEI Investments Co., No. 18-cv-04205, 2020 WL 996418, at *15 (E.D. Pa. Feb. 28, 2020) | $6,800,000 | 33.33% | $60,171 |

| Case | Settlement Amount | Fee Award | Expenses |
|---|---|---|---|
| Aharoni v. Enzymotec Ltd., No. 14-cv-05556, ECF No. 87 (D.N.J. Jan. 24, 2018) | $6,500,000 | 33.33% | $131,876 |
| Li v. Aeterna Zentaris, Inc., No. 14-cv-07081, 2021 WL 2220565, at *2 (D.N.J. June 1, 2021) | $6,500,000 | 33.33% | $683,161 |
| McIntyre v. RealPage, Inc., No. 18-cv-03934, 2023 WL 2643201, at *2 (E.D. Pa. Mar. 24, 2023) | $6,500,000 | 33.33% | $0 |
| Carmack v. Amaya, Inc., No. 16-cv-01884, ECF No. 153 (D.N.J. Dec. 21, 2018) | $5,750,000 | 33.33% | $113,220 |
| Beltran v. SOS Ltd., No. 21-cv-07454, 2023 WL 316294 (D.N.J. Jan. 19, 2023) | $5,000,000 | 33.33% | $31,362 |
| In re Safety Components, Inc. Sec. Litig., 166 F. Supp. 2d 72, 101 (D.N.J. 2001) | $4,500,000 | 33.33% | $190,795 |
| In re Greenwich Pharm. Sec. Litig., No. 92-03071, 1995 WL 251293 (E.D. Pa. Apr. 26, 1995) | $4,375,000 | 33.30% | $158,857 |
| Serr v. The Medicines Co., No. 14-cv-01149, ECF No. 71 (D.N.J. June 24, 2016) | $4,250,000 | 33.00% | $33,569 |
| P. Van Hove BVBA v. Universal Travel Grp., No.11-cv-02164, 2017 WL 2734714 at *13 (D.N.J. June 30, 2017) | $4,075,000 | 33.33% | $67,552 |
| De Vito v. Liquid Holdings Grp., Inc., No. 15-cv-06969, ECF No. 283 (D.N.J. Jan. 10, 2020) | $4,062,500 | 33.00% | $62,636 |
| Whiteley v. Zynerba Pharm., Inc., No. 19-cv-04959, ECF No. 51 (E.D. Pa. Sep. 16, 2021) | $4,000,000 | 33.33% | $37,259 |
| Fergus v. Immunomedics, Inc., No. 16-cv-03335, ECF No. 127 (D.N.J. Jan. 19, 2023) | $4,000,000 | 33.33% | $100,968 |
| Nguyen v. Educ. Comput. Sys., Inc., No. 22-cv-01743, 2024 WL 3691614 at *5 (W.D. Pa. Aug. 7, 2024) | $3,650,000 | 33.33% | $10,403 |
| Underland v. Alter, No. 10-cv-03621, ECF No. 220 (E.D. Pa. Sep. 8, 2014) | $3,550,000 | 33.33% | $285,702 |
| Chan v. New Oriental Educ., No. 16-cv-09279, ECF No. 94 (D.N.J. Oct. 20, 2021) | $3,150,000 | 33.00% | $47,459 |
| Matsukawa Co., LLC v. Braskem S.A., No. 20-cv-11366, ECF No. 74 (D.N.J. May 5, 2023) | $3,000,000 | 33.33% | $39,434 |
| Elkin v. Walter Investment Mgmt. Corp., No. 17-cv-02025, ECF No. 61 (E.D. Pa. Dec. 18, 2018) | $2,950,000 | 33.33% | $89,334 |
| In re Innocoll Holdings Public Ltd. Co. Sec. Litig., No. 17-cv-00341, 2022 WL 16533571, at *11 (E.D. Pa. Oct. 28, 2022) | $2,755,000 | 33.33% | $296,112 |

| Case | Settlement Amount | Fee Award | Expenses |
|---|---|---|---|
| Graham v. Olympus Corp., No. 11-cv-07103, ECF No. 102 (E.D. Pa. May 13, 2014) | $2,603,500 | 33.33% | $21,227 |
| Brown v. Esmor Correctional Servs., Inc., 2005 WL 1917869, at *14 (D.N.J. Aug. 10, 2005) | $2,500,000 | 33.33% | $200,000 |
| Robb v. Education Mgmt. Corp., 2:14-cv-01287 (W.D. Pa. Feb. 19, 2016) | $2,500,000 | 33.33% | $60,131 |
| Faulkner v. Akers Biosciences, Inc., No. 18-cv-10521, ECF No. 52 (D.N.J. Dec. 23, 2019) | $2,250,000 | 33.33% | $15,994 |
| Bell v. Kanzhun Ltd., No. 21-cv-13543, ECF No. 53 (D.N.J. Apr. 5, 2023) | $2,250,000 | 33.33% | $33,376 |
| In re DVI, Inc. Sec. Litig., No. 03-cv-05336, ECF No. 1006 (E.D. Pa. June 24, 2015) | $2,200,000 | 37.50% | $350,000 |
| Dartell V. Tibet Pharm., Inc., No 14-cv-03620, 2017 WL 2815073, at *10 (D.N.J. June 29, 2017) | $2,075,000 | 33.33% | $62,140 |
| P. Van Hove BVBA v. Universal Travel Grp., Inc., No. 11-cv-02164, 2017 WL 2734714 (D.N.J. June 26, 2017) | $2,075,000 | 33.33% | $67,552 |
| In re RenovaCare, Inc. Sec. Litig., No. 2:21-cv-13766-BRM-SDA, ECF No. 181 (D.N.J. Apr. 11, 2025) | $2,000,000 | 33.33% | $66,451 |
| Van Dorp v. Indivior PLC, No. 19-cv-10792, ECF No. 57 (D.N.J. Jan. 6, 2022) | $2,000,000 | 33.33% | $18,878 |
| In re OpNext, Inc. Sec. Litig., No. 08-cv-00920, ECF No. 104 (D.N.J. Jan. 6, 2010) | $2,000,000 | 33.33% | $38,153 |
| Andavarapua v. iBio, Inc., No. 14-cv-01343, ECF No. 69 (D. Del. Apr. 21, 2016) | $1,875,000 | 33.33% | $20,152 |
| He v. China Zenix Auto Int'l Ltd., No. 18-cv-15530, ECF No. 61 (D.N.J. Oct. 8, 2021) | $1,800,000 | 33.33% | $25,215 |
| Spanier v. Bayerische Motoren Werke Aktiengesellschaft, No. 20-cv-15081, ECF No. 65 (D.N.J. Dec. 21, 2022) | $1,750,000 | 33.33% | $18,517 |
| In re Galena Biopharma, Inc. Sec. Litig., No. 17-cv-00929, ECF No. 137 (D.N.J. Feb. 24, 2022) | $1,600,000 | 33.00% | $62,488 |
| Shapiro v. Alliance MMA, Inc., No. 17-cv-02583, 2018 WL 10050181, at *1 (D.N.J. Oct. 15, 2018) | $1,550,000 | 33.33% | $12,840 |
| Ratz v. PhotoMedex, Inc., No. 13-cv-06808, ECF No. 39 (E.D. Pa. Aug. 11, 2015) | $1,500,000 | 33.00% | $99,637 |
| Balon v. Agria Corp., No. 2:16-cv-08376, ECF No. 39 (D.N.J. Dec. 12, 2017) | $1,300,000 | 33.00% | $18,863 |

| Case | Settlement Amount | Fee Award | Expenses |
|---|---|---|---|
| Sun v. Telestone Tech. Corp., No. 15-cv-00703, ECF No. 77 (D.N.J. Mar. 6, 2018) | $1,250,000 | 33.33% | $42,213 |
| Anderson v. PolyMedix, Inc., No. 12-cv-03721, ECF No. 65 (E.D. Pa. Apr. 30, 2015) | $1,150,000 | 33.33% | $15,000 |
| In re Interpool, Inc. Sec. Litig., No. 04-cv-00321, ECF No. 58 (D.N.J. Aug. 29, 2006) | $1,000,000 | 33.33% | $40,463 |
| Davis v. Katanga Mining Ltd., No. 2:17-cv-12188, ECF No. 107 (D.N.J. June 25, 2021) | $1,000,000 | 33.33% | $20,341 |