# EXHIBIT 11

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VAMSI ANDAVARAPU, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>iBIO, INC. ROBERT B. KAY, and ROBERT ERWIN,<br><br>Defendants. | Case No. 1:14-1343-RGA |

## [PROPOSED] ORDER AWARDING PLAINTIFFS' COUNSEL'S ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND AWARD TO LEAD PLAINTIFF

WHEREAS, the Court has granted final approval of the Settlement of the above-referenced class action;

WHEREAS, Plaintiffs' Counsel, The Rosen Law Firm, P.A., appointed by the Court as lead counsel for the purposes of the Settlement have petitioned the Court for the award of attorneys' fees in compensation for the services provided to Plaintiffs and the Class along with reimbursement of expenses incurred in connection with the prosecution of this action, and an award to the Lead Plaintiff, to be paid out of the Settlement Fund established pursuant to the Settlement;

WHEREAS, capitalized terms used herein having the meanings defined in the Stipulation and Agreement of Settlement filed dated December 16, 2015 (the "Stipulation"); and

WHEREAS, the Court has reviewed the fee application and the supporting materials filed therewith, and has heard the presentation made by Plaintiffs' Counsel during the final approval hearing on the 21st day of April, 2016, and due consideration having been had thereon.

NOW, THEREFORE, it is hereby ordered:

1.    The Rosen Law Firm P.A. is awarded 33⅓% of the Settlement Fund or $ 625,000 as attorneys' fees in this action, together with a proportionate share of the interest earned on the fund, at the same rate as earned by the balance of the fund, from the date of the establishment of the fund to the date of payment.

2.    Plaintiffs' Counsel shall be reimbursed out of the Settlement Fund in the amount of $ 20,151.98 for its expenses and costs.

3.    Lead Plaintiff Vamsi Andavarapu shall be awarded $ 10,000 for reimbursement for his lost time in connection with his prosecution of this action.

4.    Except as otherwise provided herein, the attorneys' fees, reimbursement of expenses, and award to Lead Plaintiff shall be paid in the manner and procedure provided for in the Stipulation.

Dated: April 21, 2016

SO ORDERED:

_Richard G. Andrews_

HON. RICHARD G. ANDREWS
UNITED STATES DISTRICT JUDGE

2